UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. CR498-081 |
| DANIEL ALMARAZ, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Defendant Almaraz's "Motion for Deportation." (Doc. 526.) The Government has filed a Response in opposition to Defendant's Motion. (Doc. 527.) In the Motion, Defendant requests release from imprisonment pursuant to Arizona Revised Statute § 41-1604.14. The Arizona Statute allows a prisoner, facing deportation upon release, to petition an Arizona Court for an early release and deportation, provided the prisoner has served at least one-half of his sentence. See Ariz. Rev. Stat. § 41-1604.14. However, Defendant was sentenced under federal law, which does not include any similar provision. Accordingly, Defendant's Motion is **DENIED**.

SO ORDERED this 23rd day of January, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA